Exhibit C to Motion for Leave for Discovery

| IP address | Hit Date (UTC) | Related Title | Rights Owner | ISP |
|---|---|---|---|---|
| 71.0.69.7 | 3/6/10 05:42:38 AM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 75.6.128.149 | 3/9/10 02:04:01 AM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 99.38.90.6 | 3/9/10 05:58:06 PM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 99.12.91.90 | 3/10/10 03:51:07 AM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 99.8.167.106 | 3/10/10 05:18:50 PM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 99.8.21.4 | 3/10/10 05:39:07 PM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 99.20.57.240 | 3/11/10 04:52:07 AM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 70.7.14.61 | 3/14/10 12:53:38 AM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 99.14.134.167 | 3/16/10 05:20:32 AM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 65.0.50.25 | 3/21/10 05:20:38 PM | Trunk | Maverick Entertainment | American Registry for Internet Numbers |
| 65.80.36.168 | 11/21/09 03:26:56 AM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 74.180.130.156 | 11/22/09 01:43:12 AM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 70.152.225.151 | 11/24/09 05:06:13 AM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 68.212.235.92 | 11/25/09 03:45:43 AM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 65.12.237.143 | 11/28/09 06:28:45 AM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 74.250.134.69 | 11/29/09 10:26:21 PM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 68.220.77.115 | 11/30/09 09:12:10 PM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 68.221.144.207 | 12/1/09 07:33:31 AM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 74.176.187.68 | 12/1/09 07:01:50 PM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 74.176.238.64 | 12/2/09 11:07:30 PM | Stripper Academy | Maverick Entertainment | BellSouth.net |
| 68.210.32.60 | 3/11/10 03:35:55 AM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 74.230.121.129 | 3/11/10 04:36:41 PM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 74.163.37.229 | 3/11/10 06:08:56 PM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 72.155.213.53 | 3/12/10 02:21:12 PM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 74.236.179.69 | 3/14/10 12:07:59 AM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 98.71.234.153 | 3/14/10 04:44:57 PM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 74.240.204.90 | 3/14/10 05:16:05 PM | Stripper Academy | Maverick Entertainment | BellSouth.net Inc. |
| 74.225.49.49 | 3/17/10 12:31:53 AM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 98.83.26.136 | 3/19/10 01:28:39 AM | Stripper Academy | Maverick Entertainment | BellSouth.net Inc. |
| 68.215.155.245 | 3/19/10 09:02:55 PM | Trunk | Maverick Entertainment | BellSouth.net Inc. |
| 96.32.11.235 | 3/14/10 01:02:56 AM | Trunk | Maverick Entertainment | Charter Communications |
| 68.185.207.166 | 3/15/10 12:38:34 AM | Stripper Academy | Maverick Entertainment | Charter Communications |
| 68.188.197.253 | 3/15/10 01:21:35 AM | Trunk | Maverick Entertainment | Charter Communications |
| 71.88.33.96 | 3/15/10 03:58:13 AM | Trunk | Maverick Entertainment | Charter Communications |
| 24.247.65.90 | 3/15/10 07:56:49 PM | Stripper Academy | Maverick Entertainment | Charter Communications |
| 68.188.118.11 | 3/16/10 12:20:29 AM | Stripper Academy | Maverick Entertainment | Charter Communications |
| 97.80.66.179 | 3/16/10 12:33:19 AM | Trunk | Maverick Entertainment | Charter Communications |
| 24.236.238.185 | 3/17/10 11:35:17 PM | Trunk | Maverick Entertainment | Charter Communications |
| 24.178.236.133 | 3/21/10 04:23:05 PM | Trunk | Maverick Entertainment | Charter Communications |
| 68.184.230.170 | 3/21/10 05:38:03 PM | Stripper Academy | Maverick Entertainment | Charter Communications |
| 76.112.209.89 | 11/30/09 11:57:35 AM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 98.230.245.250 | 11/30/09 04:35:56 PM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 98.245.243.44 | 11/30/09 05:51:30 PM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 76.101.80.89 | 12/1/09 12:00:14 AM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 68.82.201.30 | 12/1/09 07:57:36 PM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 98.225.128.85 | 12/2/09 12:35:28 AM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 98.201.5.35 | 12/2/09 02:09:45 AM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 68.43.176.228 | 12/2/09 09:03:03 PM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 67.175.240.49 | 12/3/09 02:42:06 AM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 76.110.81.135 | 12/3/09 04:32:09 AM | Stripper Academy | Maverick Entertainment | Comcast Cable |
| 24.2.136.13 | 1/12/10 05:49:15 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 24.4.198.168 | 1/13/10 12:05:01 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 24.10.152.217 | 2/3/10 12:20:21 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 24.20.42.52 | 2/7/10 11:44:19 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 24.21.203.87 | 2/22/10 08:07:40 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 24.10.50.13 | 3/1/10 10:31:53 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 24.12.44.108 | 3/13/10 05:29:59 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications |
| 66.229.55.118 | 3/13/10 03:46:05 PM | Trunk | Maverick Entertainment | Comcast Cable Communications Holdings, Inc |
| 71.57.89.6 | 3/14/10 07:39:04 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications Holdings, Inc |
| 75.72.96.82 | 3/17/10 02:33:42 AM | Trunk | Maverick Entertainment | Comcast Cable Communications Holdings, Inc |
| 75.75.53.208 | 3/18/10 07:23:49 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications Holdings, Inc |
| 75.73.231.250 | 3/18/10 10:52:20 PM | Trunk | Maverick Entertainment | Comcast Cable Communications Holdings, Inc |
| 24.129.60.195 | 3/19/10 02:03:14 PM | Trunk | Maverick Entertainment | Comcast Cable Communications Holdings, Inc |
| 24.131.85.35 | 1/20/10 02:48:14 AM | Trunk | Maverick Entertainment | Comcast Cable Communications Holdings, Inc. |
| 69.180.142.137 | 2/2/10 05:35:21 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications Holdings, Inc. |
| 69.180.152.126 | 2/9/10 12:42:26 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications Holdings, Inc. |
| 24.131.239.150 | 3/11/10 12:53:33 AM | Trunk | Maverick Entertainment | Comcast Cable Communications Holdings, Inc. |
| 71.194.152.127 | 3/20/10 05:23:43 AM | Border Town | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 68.46.27.31 | 3/20/10 03:20:33 PM | Border Town | Maverick Entertainment | Comcast Cable Communications, Inc. |

| IP Address | Date/Time | Title | Studio | ISP |
|---|---|---|---|---|
| 98.240.206.123 | 3/20/10 05:00:35 PM | Trunk | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 24.16.11.134 | 3/21/10 09:35:58 AM | Border Town | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 68.60.179.252 | 3/21/10 03:46:07 PM | Smile Pretty | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 71.229.29.166 | 3/21/10 04:17:13 PM | The Clique | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 68.32.90.244 | 3/21/10 07:12:40 PM | The Clique | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 68.46.155.217 | 3/22/10 12:00:06 AM | Border Town | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 98.242.12.200 | 3/22/10 03:03:04 AM | Smile Pretty | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 71.231.151.77 | 3/22/10 06:10:16 AM | The Clique | Maverick Entertainment | Comcast Cable Communications, Inc. |
| 67.165.213.117 | 2/23/10 04:10:42 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 71.205.229.62 | 2/24/10 09:43:21 AM | Trunk | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 71.201.71.185 | 2/25/10 08:36:47 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 71.197.172.183 | 3/5/10 07:19:31 PM | Trunk | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 67.170.234.17 | 3/7/10 08:13:15 AM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 71.205.66.48 | 3/11/10 12:24:11 AM | Trunk | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 67.165.76.96 | 3/12/10 12:05:12 AM | Trunk | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 67.167.209.123 | 3/15/10 07:07:40 PM | Trunk | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 67.165.12.17 | 3/17/10 02:36:04 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 67.169.77.194 | 3/21/10 09:17:42 PM | Stripper Academy | Maverick Entertainment | Comcast Cable Communications, IP Services |
| 68.224.152.214 | 3/8/10 08:03:29 PM | Stripper Academy | Maverick Entertainment | Cox Communications |
| 70.178.16.159 | 3/9/10 10:01:01 PM | Trunk | Maverick Entertainment | Cox Communications |
| 98.168.179.23 | 3/10/10 05:22:01 PM | Trunk | Maverick Entertainment | Cox Communications |
| 98.166.125.141 | 3/11/10 12:07:38 AM | Trunk | Maverick Entertainment | Cox Communications |
| 72.222.156.34 | 3/11/10 09:21:28 AM | Trunk | Maverick Entertainment | Cox Communications |
| 70.190.28.96 | 3/14/10 10:51:59 PM | Stripper Academy | Maverick Entertainment | Cox Communications |
| 70.170.62.235 | 3/15/10 03:07:35 PM | Trunk | Maverick Entertainment | Cox Communications |
| 98.163.114.143 | 3/16/10 09:46:08 PM | Stripper Academy | Maverick Entertainment | Cox Communications |
| 24.249.59.64 | 3/17/10 08:15:16 AM | Stripper Academy | Maverick Entertainment | Cox Communications |
| 98.178.136.190 | 3/17/10 04:35:13 PM | Trunk | Maverick Entertainment | Cox Communications |
| 68.101.173.61 | 2/25/10 04:36:35 PM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 70.167.167.130 | 3/4/10 01:22:05 AM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 68.1.177.50 | 3/7/10 08:39:06 PM | Trunk | Maverick Entertainment | Cox Communications Inc. |
| 68.97.248.88 | 3/8/10 04:04:12 AM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 68.106.12.164 | 3/9/10 03:49:30 AM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 68.12.4.235 | 3/13/10 04:59:39 PM | Trunk | Maverick Entertainment | Cox Communications Inc. |
| 68.103.34.140 | 3/14/10 04:47:26 AM | Trunk | Maverick Entertainment | Cox Communications Inc. |
| 68.98.207.182 | 3/16/10 04:43:36 AM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 68.102.154.7 | 3/18/10 01:59:39 AM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 68.98.141.216 | 3/21/10 03:40:59 PM | Stripper Academy | Maverick Entertainment | Cox Communications Inc. |
| 67.233.172.217 | 2/3/10 05:49:04 PM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 67.232.22.32 | 2/5/10 08:22:47 PM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 67.234.104.84 | 2/16/10 08:35:17 AM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 67.234.78.239 | 2/18/10 03:00:44 PM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 74.4.123.171 | 2/19/10 03:58:28 PM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 71.49.44.104 | 2/21/10 03:07:05 AM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 71.55.27.194 | 2/22/10 05:35:24 AM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 71.54.130.223 | 2/28/10 02:40:16 AM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 67.234.240.6 | 3/5/10 09:37:13 AM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 67.232.60.68 | 3/14/10 05:17:00 PM | Stripper Academy | Maverick Entertainment | Embarq Corporation |
| 69.125.43.205 | 3/13/10 04:21:17 AM | The Clique | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 24.44.21.152 | 3/14/10 03:23:54 AM | Trunk | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 68.193.127.5 | 3/16/10 03:20:00 AM | The Clique | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 24.184.233.156 | 3/17/10 12:05:04 AM | Stripper Academy | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 69.113.160.185 | 3/18/10 12:11:30 AM | Trunk | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 24.47.166.70 | 3/18/10 01:22:38 AM | The Clique | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 24.47.112.141 | 3/18/10 11:16:48 AM | Stripper Academy | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 68.199.143.167 | 3/20/10 01:32:40 AM | The Clique | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 24.44.105.234 | 3/20/10 08:06:35 PM | Trunk | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 68.199.122.119 | 3/21/10 03:29:50 PM | Stripper Academy | Maverick Entertainment | Optimum Online (Cablevision Systems) |
| 75.173.43.74 | 10/18/09 12:43:42 AM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 75.174.70.85 | 10/21/09 11:27:37 AM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 63.228.138.162 | 11/4/09 10:57:31 PM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 97.118.19.156 | 11/7/09 02:58:29 PM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 65.117.218.43 | 11/19/09 02:21:55 AM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 75.174.135.11 | 11/23/09 01:28:04 AM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 75.174.140.78 | 11/24/09 12:03:36 AM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 75.175.78.78 | 11/27/09 06:25:02 PM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 97.118.66.22 | 11/28/09 06:45:33 PM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 75.167.56.61 | 12/3/09 10:29:21 AM | Stripper Academy | Maverick Entertainment | Qwest Communications |
| 174.18.35.3 | 2/12/10 04:21:41 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 71.36.244.177 | 2/28/10 06:25:36 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |

Exhibit C to Motion for Leave for Discovery

| IP Address | Date/Time | Title | Studio | ISP |
|---|---|---|---|---|
| 71.219.152.50 | 2/28/10 09:26:04 PM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 97.124.66.145 | 3/8/10 03:31:28 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 174.20.38.69 | 3/11/10 03:22:11 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 174.20.186.152 | 3/14/10 10:57:53 PM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 71.213.75.194 | 3/16/10 02:58:37 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 75.162.85.187 | 3/17/10 04:22:46 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 97.118.181.246 | 3/18/10 04:48:32 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 75.167.61.90 | 3/21/10 09:49:03 AM | Stripper Academy | Maverick Entertainment | Qwest Communications Company, LLC |
| 76.181.128.246 | 11/29/09 03:12:57 PM | Stripper Academy | Maverick Entertainment | Road Runner |
| 66.69.140.66 | 12/1/09 02:18:10 AM | Stripper Academy | Maverick Entertainment | Road Runner |
| 24.242.34.126 | 12/1/09 03:05:12 AM | Stripper Academy | Maverick Entertainment | Road Runner |
| 98.30.40.15 | 12/1/09 04:18:59 AM | Stripper Academy | Maverick Entertainment | Road Runner |
| 71.72.160.61 | 12/1/09 07:43:40 AM | Stripper Academy | Maverick Entertainment | Road Runner |
| 72.134.106.99 | 12/1/09 01:27:13 PM | Stripper Academy | Maverick Entertainment | Road Runner |
| 74.79.86.168 | 12/2/09 03:45:48 AM | Stripper Academy | Maverick Entertainment | Road Runner |
| 74.64.63.135 | 12/2/09 04:16:01 PM | Stripper Academy | Maverick Entertainment | Road Runner |
| 97.102.137.178 | 12/2/09 11:05:38 PM | Stripper Academy | Maverick Entertainment | Road Runner |
| 71.66.127.49 | 12/3/09 12:09:10 AM | Stripper Academy | Maverick Entertainment | Road Runner |
| 208.105.186.40 | 7/29/09 02:25:13 AM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 67.78.217.161 | 8/8/09 10:13:40 PM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 24.153.240.6 | 8/12/09 12:33:06 AM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 24.105.167.226 | 8/25/09 07:59:08 PM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 67.52.199.138 | 9/28/09 07:44:34 AM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 67.78.146.130 | 10/11/09 02:54:48 PM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 24.73.182.210 | 10/24/09 06:12:41 AM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 70.62.49.254 | 10/31/09 03:03:21 AM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 72.43.248.114 | 11/9/09 12:52:29 PM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 67.79.162.34 | 12/1/09 04:25:11 PM | Stripper Academy | Maverick Entertainment | Road Runner Business |
| 66.74.164.173 | 3/20/10 03:46:58 AM | The Clique | Maverick Entertainment | Road Runner HoldCo LLC |
| 24.164.38.214 | 3/20/10 04:47:51 AM | Stripper Academy | Maverick Entertainment | Road Runner HoldCo LLC |
| 67.249.18.46 | 3/20/10 06:09:59 AM | Trunk | Maverick Entertainment | Road Runner HoldCo LLC |
| 72.231.149.225 | 3/20/10 08:35:54 PM | The Clique | Maverick Entertainment | Road Runner HoldCo LLC |
| 98.30.84.103 | 3/20/10 09:45:40 PM | The Clique | Maverick Entertainment | Road Runner HoldCo LLC |
| 67.246.183.148 | 3/21/10 09:17:17 AM | Border Town | Maverick Entertainment | Road Runner HoldCo LLC |
| 74.67.246.158 | 3/21/10 02:45:40 PM | The Clique | Maverick Entertainment | Road Runner HoldCo LLC |
| 98.157.64.187 | 3/22/10 12:14:34 AM | The Clique | Maverick Entertainment | Road Runner HoldCo LLC |
| 97.103.205.165 | 3/22/10 01:36:43 AM | Stripper Academy | Maverick Entertainment | Road Runner HoldCo LLC |
| 76.177.227.158 | 3/22/10 02:19:45 AM | Stripper Academy | Maverick Entertainment | Road Runner HoldCo LLC |
| 69.234.49.86 | 11/24/09 02:22:20 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 70.251.68.177 | 11/24/09 03:17:28 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 75.31.201.82 | 11/24/09 06:50:37 PM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 69.208.120.109 | 11/24/09 08:18:25 PM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 75.33.53.159 | 11/29/09 03:21:46 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 99.136.127.160 | 11/29/09 10:10:01 PM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 99.57.221.49 | 11/30/09 01:11:10 PM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 75.60.99.221 | 12/1/09 02:18:03 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 70.137.170.182 | 12/1/09 07:15:05 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 76.254.86.185 | 12/2/09 12:53:25 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 99.58.164.104 | 12/2/09 02:51:04 AM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 99.27.223.96 | 12/3/09 02:08:56 PM | Stripper Academy | Maverick Entertainment | SBC Internet Services |
| 74.193.97.120 | 10/18/09 08:38:33 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 75.110.2.189 | 10/20/09 03:09:44 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 74.192.35.213 | 11/3/09 05:02:00 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 74.196.130.197 | 11/10/09 12:01:02 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 74.193.97.189 | 1/23/10 12:00:26 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 74.195.157.196 | 1/24/10 09:31:33 PM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 75.110.203.172 | 2/7/10 05:12:46 PM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 74.192.5.96 | 2/12/10 01:12:31 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 173.80.177.51 | 3/4/10 10:40:07 PM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 75.110.109.251 | 3/22/10 01:57:44 AM | Stripper Academy | Maverick Entertainment | Suddenlink Communications |
| 71.184.97.226 | 11/22/09 08:08:14 PM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 71.124.176.183 | 11/23/09 01:23:11 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 71.169.26.159 | 11/25/09 06:08:09 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 72.76.33.37 | 11/28/09 05:10:30 PM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 68.238.152.54 | 11/28/09 10:51:41 PM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 71.178.10.95 | 11/30/09 12:46:59 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 96.230.241.250 | 11/30/09 01:07:10 PM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 71.170.45.229 | 12/2/09 11:29:29 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 96.249.230.52 | 12/3/09 06:12:31 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |
| 162.83.252.155 | 3/1/10 12:03:54 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services |

| IP Address | Date/Time | Title | Studio | ISP |
|---|---|---|---|---|
| 71.118.215.55 | 3/16/10 12:55:33 AM | Border Town | Maverick Entertainment | Verizon Internet Services Inc. |
| 98.112.101.196 | 3/17/10 12:42:56 AM | Trunk | Maverick Entertainment | Verizon Internet Services Inc. |
| 72.92.1.141 | 3/17/10 01:07:03 AM | Border Town | Maverick Entertainment | Verizon Internet Services Inc. |
| 71.114.36.247 | 3/17/10 05:12:17 AM | Stripper Academy | Maverick Entertainment | Verizon Internet Services Inc. |
| 71.177.72.180 | 3/17/10 09:34:33 PM | The Casino Job | Maverick Entertainment | Verizon Internet Services Inc. |
| 173.53.118.142 | 3/19/10 06:37:36 AM | Border Town | Maverick Entertainment | Verizon Internet Services Inc. |
| 71.182.123.33 | 3/20/10 05:13:00 AM | Trunk | Maverick Entertainment | Verizon Internet Services Inc. |
| 74.106.44.164 | 3/20/10 05:39:36 AM | The Casino Job | Maverick Entertainment | Verizon Internet Services Inc. |
| 72.68.124.212 | 3/20/10 01:36:40 PM | The Clique | Maverick Entertainment | Verizon Internet Services Inc. |
| 70.109.84.161 | 3/21/10 06:08:05 PM | The Clique | Maverick Entertainment | Verizon Internet Services Inc. |