UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC. | )<br>)<br>)<br>) |
| v. | )   CA. 1:10-cv-00569-RJL<br>) |
| DOES 1 – 4,350 | )<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S MOTION FOR APPROVAL OF DISCOVERY

Plaintiff submits this motion in furtherance of the Court's prior Order Granting Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.  [Doc. No. 7]

As the Court will recall, Plaintiff has identified certain Defendants who have unlawfully copied and distributed Plaintiff's motion pictures over the Internet.  At this point, Plaintiff has only been able to identify the Doe Defendants by their Internet Protocol address ("IP") and the date and time of alleged infringement.  The only way that Plaintiff can determine Defendants' actual names is from the Internet Service Providers ("ISPs") to which Defendants subscribe and from which Defendants obtain Internet access, as this information is readily available to the ISPs from documents they keep in the regular course of business.

Plaintiff's Complaint was filed on April 9, 2010 and named Does 1-1,000 as Defendants. [Doc. No. 1]  Plaintiff then filed a Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference, which was granted by this Court via a minute order on April 19, 2010 and via a written order on May 24, 2010.  [*See* Doc. No. 7]

However, as documented in Plaintiff's Motion for Extension of Time to Name and Serve

Defendants [Doc. No. 8], Plaintiff's counsel agreed to withhold serving subpoenas in this case until a ruling was made on motions filed in similar pending cases challenging the validity of such subpoenas (*Achte/Neunte Boll Kino Beteiligungs GMBH & Co KG v. Does 1-2,094*, Case No. 1:10-cv-00453-RMC; *West Bay One, Inc. v. Does 1-2,000*, Case No. 1:10-cv-00481-RMC; *Call of the Wild Movie, LLC v. Does 1-1,062*, Case No. 1:10-cv-00455-RMU).

After Judge Collyer ruled and entered orders in the *Achte/Neunte* and *West Bay One* cases allowing them to proceed, Plaintiff filed its First Amended Complaint in this case on August 10, 2010. [Doc. No. 9]  Plaintiff's First Amended Complaint names Does 1-4,350 as Defendants and specifically identifies all of the IP addresses for which Plaintiff is seeking discovery. [*See* Doc. No. 9-1][1]

After filing its First Amended Complaint, Plaintiff served the various ISPs with subpoenas to identify the Doe Defendants. While Plaintiff believes that the subpoenas comply with the Court's intent of its order authorizing Plaintiff to conduct discovery to protect the rights asserted by Plaintiff, Plaintiff recognizes that the order [Doc. No. 7] only refers to the Complaint.

Therefore, in an abundance of caution, Plaintiff respectfully requests that the Court enter an order, in the same form as the proposed order being presented in this motion, that specifically authorizes Plaintiff to conduct discovery to protect its rights as set forth in its First Amended Complaint and will accordingly allow Plaintiff to proceed with the outstanding subpoenas already served and to serve any remaining subpoenas. For the reasons stated herein and in Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference, good cause exists for this request because no other method exists for Plaintiff to identify Defendants.

---

[1] Plaintiff's First Amended Complaint includes some additional movies, which Plaintiff owns or controls the copyrights for and for which Plaintiff has identified infringement, as compared to the Complaint, and some movies have been removed from Plaintiff's First Amended Complaint as compared to the Complaint.

Respectfully submitted,

                            MAVERICK ENTERTAINMENT GROUP, INC.

**DATED**: October 19, 2010

                      By:   /s/
                              Thomas M. Dunlap (D.C. Bar # 471319)
                              Nicholas A. Kurtz (D.C. Bar # 980091)
                              DUNLAP, GRUBB & WEAVER, PLLC
                              1200 G Street, NW Suite 800
                              Washington, DC 20005
                              Telephone: 202-316-8558
                              Facsimile: 202-318-0242
                              tdunlap@dglegal.com
                              nkurtz@dglegal.com
                              *Attorney for the Plaintiff*