UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC. | )<br>)<br>)<br>) |
| v. | ) CA. 1:10-cv-00569-RJL<br>) |
| DOES 1 – 4,350 | )<br>) |
| Defendants. | )<br>) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF DISCOVERY

The Court having considered Plaintiff's motion for approval of discovery:

ORDERED that Plaintiff's motion is granted. ORDERED that Plaintiff is allowed to proceed with any outstanding subpoenas already served and to serve any remaining subpoenas on the internet service providers (ISPs) listed in Exhibit A to Plaintiff's First Amended Complaint to obtain the identity of each Doe Defendant for all of Plaintiff's movies therein by serving a Rule 45 subpoena that seeks information sufficient to identify each Defendant, including name, current (and permanent) addresses, telephone numbers, email addresses, and Media Access Control addresses, and the ISPs shall respond to such subpoenas; it is further

ORDERED any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint and First Amended Complaint; it is further

ORDERED that Plaintiff shall provide each ISP subject to this Order with a copy of this Order.

Dated: _____

_____
Hon. Richard J. Leon
United States District Judge