## WHOIS-RWS

| **NETWORK** | |
|---|---|
| NetRange | 97.91.128.0 - 97.91.255.255 |
| CIDR | 97.91.128.0/17 |
| Name | STL-MO-97-91-128 |
| Handle | NET-97-91-128-0-1 |
| Parent | NETBLK-CHARTER-NET (NET-97-80-0-0-1) |
| Net Type | Reallocated |
| Origin AS | |
| Nameservers | |
| Organization | Charter Communications (CC04) |
| Registration Date | 2009-05-13 |
| Last Updated | 2009-05-13 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-97-91-128-0-1 |

View related POC records.
View related organization's POC records.