IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC. <br><br> v. <br><br> DOES 1 – 4,350 | 1:10-cv-00569-RJL |

## AFFIDAVIT OF ERIC J. MENHART

1. I am over the age of 18 years, have personal knowledge of the matters stated below, and am competent to testify to these matters.

2. As attorney for John Doe (97.91.179.237), I have had the opportunity to verify the address of John Doe (97.91.179.237) by way of my own personal communications with Mr. Doe and via correspondence sent to Mr. Doe by third parties, including Charter Communications.

3. John Doe (97.91.179.237) has given me permission to disclose that he is a resident of Missouri for purposes of this litigation, but does not wish to disclose any other personal information and fully reserves all additional privileges.

I solemnly declare and affirm under the penalties of perjury that the foregoing statements are true.

_____          10/27/2010
Eric J. Menhart                                                  _____
                                                                            Date