

Kelly Starkweather
Manager & Counsel, Privacy
Charter Communications, Inc.
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE:  PLEASE READ CAREFULLY

November 17, 2010

**VIA CERTIFIED MAIL**

**RE:**   *Maverick Entertainment Group, Inc. v. Does 1-4,350;* **CA No. 1:10-cv-00569-RJL. Court Order Demanding Identifying Information Regarding Your Charter High-Speed$^{TM}$ Account**

Dear:

Charter Communications, Inc. ("Charter") has received a subpoena from attorneys for Maverick Entertainment Group, Inc. ("Maverick") seeking certain identifying information about your Charter High-Speed$^{TM}$ account ("Charter Internet Account"), including your name, address(es), telephone number(s), e-mail address(es), and modem media access control (MAC) address.  The United States District Court for the District of Columbia ("Court") has issued an Order compelling Charter to disclose this information relating to your Charter Internet Account unless you formally oppose disclosure in the Court by October 28, 2010.  Copies of the subpoena and court order are attached.

Charter records indicate that an IP address listed on the subpoena was assigned to your Charter Internet Account on the date and time stated in the subpoena.  Below is a copy of the log that shows the IP address associated with your Charter Internet Account at the stated dates and times.  The log is in the following format:

IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time

Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy, which can be found on www.charter.com.  Because a court order authorizes Maverick to obtain the information sought, Charter must disclose the requested records.

**<u>Please note</u>: Charter is not in a position to provide you legal representation or object to the subpoena or court order on your behalf.  If you wish to take action regarding the attached, you should immediately contact an attorney, who can advise you of your specific legal rights.  The attached requires a response no later than <u>OCTOBER 28, 2010</u>.  If you intend to oppose the Order, you should do so without delay.  Your information has not been disclosed to Maverick or its attorneys, but it will be disclosed unless you challenge this subpoena in the Court by the given deadline.  The relevant court is identified in the subpoena and court order.**

**If you file an opposition to the attached Order, your attorney should provide a copy of such to Charter (to the attention of Kelly Starkweather via facsimile at 314-909-0609) before 4:00pm CT on <u>OCTOBER 28, 2010</u> so that Charter may withhold disclosure of your**

**information.**  *Any challenges to the subpoena must be made directly to the Court with a copy to Charter; a challenge made solely to Charter is insufficient to withhold your information.*

Any questions regarding your legal rights should be directed to the attorney of your choice.  If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly.  If you have any questions regarding your account, Charter's policies or this correspondence, you may contact the Charter Security Team directly at 866-228-0195.

Sincerely,

Kelly Starkweather
Manager and Counsel, Privacy
Charter Communications, Inc.

Enclosures: Maverick Subpoena & Court Order