UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Case No. 10-569 (RJL) |
| v. | ) ) | |
| DOES 1 – 4,350, | ) ) | |
| Defendants. | ) ) | |

## ORDER
(November 2*4*, 2010)

Plaintiff has filed this copyright infringement action alleging that the defendant John Does have illegally copied and distributed plaintiff's motion pictures. Because plaintiff does not know the names of the alleged infringers, but instead has only identified the Internet Protcol ("IP") addresses of the computers associated with the alleged infringement, plaintiff subpoenaed the Internet Service Providers ("Providers") who service the identified IP addresses to discover the names of the defendants. The Providers gave notice to their customers of the subpoena. Some of those customers have written letters to the Court or attempted to file pleadings in this case as John Does moving to quash the subpoena.

Local Civil Rule 5(e)(1) provides that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." LCvR 5.1(e)(1). Though some exceptions to this rule may exist for sensitive personal matters, parties are generally expected to identify themselves to "'protect[] the public's legitimate

interest in knowing all of the facts involved, including the identities of the parties.'" *United States v. Microsoft Corp.*, 56 F.3d 1448, 1463 (D.C. Cir. 1995) (quoting *Doe v. Frank*, 951 F.2d 320, 322 (11th Cir. 1992)). Moreover, as this Court has recently noted, "Internet subscribers do not have an expectation of privacy in their subscriber information as they already have conveyed such information to their Internet Service Providers." *Achte/Neunte Boll Kino Beteiligungs GMBH & Co. Kg, v. Does 1 – 4,577*, No. 10-453, 2010 WL 3522256, at *3 (D.D.C. Sept. 10, 2010) (citations omitted).

Accordingly, it is hereby

**ORDERED** that John Does who have filed pleadings in this case are required to file a notice indicating their identity by name and address by no later than December 31, 2010; and it is further

**ORDERED** that failure by any John Does to comply with this Order may result in sanctions, including striking of a non-identified party's motion to quash; and it is further

**ORDERED** that no future filings shall be permitted without proper identification.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge