UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Maverick Entertainment Group, Inc. ) | |
| ) | |
| v. ) | No. 1:10-cv-00569-RJL |
| ) | |
| Does 1-4,350 ) | |

**NON-PARTY TIME WARNER CABLE INC.'S MOTION TO QUASH SUBPOENA**

Pursuant to Federal Rules of Civil Procedure 45(c) and 26(c), non-party Time Warner Cable Inc. ("TWC"), which operates as an Internet Service Provider under the name "Road Runner," hereby moves the Court to quash the subpoena that plaintiff served on TWC in the above-captioned case. The subpoena seeks identifying information about 783 Internet Protocol ("IP") addresses purportedly relating to TWC subscribers. The Court should quash the subpoenas because compliance would be excessively burdensome and expensive. Moreover, Judge Collyer already has found that TWC has satisfied its burden to show that compliance with plaintiff's counsel's subpoenas would be unduly burdensome. Plaintiff's counsel's decision to serve this new subpoena shortly after Judge Collyer's orders violates counsel's obligation under Rule 45 to avoid imposing undue burdens on third parties, and is an attempt to circumvent Judge Collyer's rulings.

In addition, plaintiff has no reasonable belief that this Court has personal jurisdiction over any of the 783 TWC defendants whom they have sued here. Indeed plaintiff's counsel was on affirmative notice that TWC has no subscribers in the District of Columbia. Moreover, joinder

of the thousands of defendants in this case violates Rule 20, and this violation has enabled plaintiff to improperly serve a highly burdensome subpoena.

Finally, the Court also should quash the subpoena because plaintiff has not properly served TWC with the subpoena. Plaintiff's counsel evidently claims that it faxed and/or emailed the subpoena to TWC. Neither fax nor email is a valid form of service. Moreover, TWC gave written notice that it had not received the subpoena. To date, TWC has not been properly served.

In support of this motion, TWC relies on the accompanying memorandum of points and authorities. TWC requests oral argument.

November 22, 2010                              Respectfully submitted,

*Alexander Maltas*
Alexander Maltas (D.C. Bar # 490099)
LATHAM & WATKINS LLP
555 11th St. NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Time Warner Cable Inc.*

## CERTIFICATE OF SERVICE

I, Alexander Maltas, certify that on November 22, 2010, I served the foregoing "Non-Party Time Warner Cable Inc.'s Motion to Quash Subpoena" along with the accompanying memorandum and exhibits via first class U.S. Mail upon:

Nicholas A. Kurtz
Dunlap Grubb & Weaver PLLC
1200 G St. NW
Suite 800
Washington, DC  20005

November 22, 2010

Alexander Maltas (D.C. Bar # 490099)