## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Time Warner Cable Inc. states that it is a publicly held corporation. No publicly held corporation owns 10% or more of Time Warner Cable Inc.'s stock.