Filed
11/28/10

Oct 22, 2010
CA. 1:10-cv-00569-RJL

Attention:
United States District Court
for the District of Columbia

My name is Gundu Logan and
I have an account with Charter
Communications Inc. and Iam
opposing the order to allow
Charter to disclose any of my
information relating to my
Charter Internet account.

Thank you
Gundu Logan

Date: 10/19/10

To:   United States District Court for the District of Columbia

      333 Constitution Avenue Northwest

      Washington D.C., District of Columbia 20001


From: Jose Barroso

      94 Medford Street

      Chicopee, MA. 01020


To whom it may concern,

        I motion to quash the subpoena in Civil Action Number 1:10-CV00569-RJL, which I am referred to as a John Doe 1-4,350.  I request not to have my personal information given to the plaintiff and to be removed from the case entirely. The plaintiff claims my IP address has been connected to illegal downloading of movies from the studios being represented by Maverick Entertainment Group. No one in my household has downloaded such movies or even heard of them prior to receiving the subpoena. I previously had an unsecured internet (WiFi) connection. I can only assume that, if indeed, my WiFi connection was recorded uploading any of the movies listed, it could have only been an outside party piggy backing on my unsecured internet connection.  There are no such files on any of my computers. From what I have read, the methods these companies use to detect IP addresses are not completely accurate. I have taken measures to prevent this from occurring, such as purchasing a new wireless router and securing it to which a password is needed to use the WiFi connection.


Thank you for your time and consideration.


Sincerely,


Jose M. Barroso

11/28/10

October 27, 2010

Attn: United States District Court for the District of Columbia
Re: Opposition for Case 1:10-cv-00569-RJL

I received a letter stating that my name and address were being released by my Internet carrier due to sharing of videos. With great difficulty I have tried to understand the charge against me and I have spoke with an attorney.
My husband did pay a membership fee and signed up to watch movies on his computer with Vuze PLATFORM but "WE NEVER" shared anything.
We do have a wireless modem but we also have a password on it, so we do not know how our IP address is linked to such bad movies that were stated in the subpoena.

WE HAVE REMOVED THIS MEMBERSHIP FROM OUR COMPUTER AND ARE NO LONGER ASSOCIATED WITH VUZE.

Also, the attorney we have spoken with researched and found that these movies are not associated with our address and he told me to call my internet service and have them check their spreadsheet and see this mistake and remove me from the list.
I called them and they have been rude and short with me several times and refused to look up the info on the spreadsheet that was provided to them, so that I could clear this matter up for myself.
I AM DEFENSELESS WITHOUT UNDERSTANDING AND HELP FROM THOSE WHO HAVE ALL THE INFORMATION.

I DO CONTEST THAT I HAVE "NEVER" WILLINGLY SHARED ANY INFORMATION THAT DOES NOT BELONG TO ME. I HAVE ALSO HAD MY HUSBAND REMOVE ALL APPLICATIONS FROM THE VUZE COMPANY AND I HAVE TOLD OTHER WHO USE THIS COMPANY TO DO THE SAME.

I would appreciate it if you would remove me from this Civil Action.

Thank You,

Cindy Tate

Cell # 828-779-7979



Kelly Starkweather
Manager & Counsel, Privacy
Charter Communications, Inc.
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE:  PLEASE READ CAREFULLY

October 8, 2010

**VIA CERTIFIED MAIL**

CINDY TATE
23 MOUNTAIN GLENN DR
ASHEVILLE, NC 28804

RE:    *Maverick Entertainment Group, Inc. v. Does 1-4,350;* CA No. 1:10-cv-00569-RJL.
       **Court Order Demanding Identifying Information Regarding Your Charter High-
       Speed™ Account**

Dear **CINDY TATE**:

Charter Communications, Inc. ("Charter") has received a subpoena from attorneys for Maverick
Entertainment Group, Inc. ("Maverick") seeking certain identifying information about your
Charter High-Speed™ account ("Charter Internet Account"), including your name, address(es),
telephone number(s), e-mail address(es), and modem media access control (MAC) address.  The
United States District Court for the District of Columbia ("Court") has issued an Order
compelling Charter to disclose this information relating to your Charter Internet Account unless
you formally oppose disclosure in the Court by <u>October 28, 2010</u>.  Copies of the subpoena and
court order are attached.

Charter records indicate that an IP address listed on the subpoena was assigned to your Charter
Internet Account on the date and time stated in the subpoena.  Below is a copy of the log that
shows the IP address associated with your Charter Internet Account at the stated dates and times.
The log is in the following format:

IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time
68.187.204.11 00:26:f2:16:c6:c5 00:26:f2:16:c6:c6 2010-02-18 15:30:38 2010-08-27 06:56:23

Charter respects the privacy of its subscribers, and will disclose customer information only to the
extent required by law, as indicated in Charter's privacy policy, which can be found on
www.charter.com.  Because a court order authorizes Maverick to obtain the information sought,
Charter must disclose the requested records.

<u>Please note:</u> **Charter is not in a position to provide you legal representation or object to the
subpoena or court order on your behalf.  If you wish to take action regarding the attached,
you should immediately contact an attorney, who can advise you of your specific legal
rights.  The attached requires a response no later than <u>OCTOBER 28, 2010</u>.  If you intend
to oppose the Order, you should do so without delay.  Your information has not been
disclosed to Maverick or its attorneys, but it will be disclosed unless you challenge this**

subpoena in the Court by the given deadline.  The relevant court is identified in the subpoena and court order.

If you file an opposition to the attached Order, your attorney should provide a copy of such to Charter (to the attention of Kelly Starkweather via facsimile at 314-909-0609) before 4:00pm CT on OCTOBER 28, 2010 so that Charter may withhold disclosure of your information. *Any challenges to the subpoena must be made directly to the Court with a copy to Charter; a challenge made solely to Charter is insufficient to withhold your information.*

Any questions regarding your legal rights should be directed to the attorney of your choice.  If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly.  If you have any questions regarding your account, Charter's policies or this correspondence, you may contact the Charter Security Team directly at 866-228-0195.

Sincerely,

Kelly Starkweather
Manager and Counsel, Privacy
Charter Communications, Inc.

Enclosures: Maverick Subpoena & Court Order

*[handwritten notes]*

10/20/10   Spoke With Charter

10/25/10

Mike
646
417
7974

Clerk's Office
333 Cons   Ave  NW
W        DC
         20001

AO 88B (Rev 06/09) Subpoena to Produce Documents Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| | |
|---|---|
| Maverick Entertainment Group, Inc. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   1:10-cv-00569-RJL |
| Does 1-4,350 | ) |
| | )  (If the action is pending in another district, state where: |
| *Defendant* | )                                    ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Charter Communications, Inc., Attn: Kelly Starkweather
     12405 Powerscourt Drive, St. Louis, MO 63131, ███████████████████ Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents. electronically stored information, or objects. and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place:  Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC | Date and Time: |
|---|---|
| 1200 G Street, NW Suite 800, Washington, DC 20005 | 11/01/2010 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/27/2010

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      **Plaintiff**
West Bay One, Inc. _____ , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 199 Liberty Street S.W., Leesburg, VA 20175,
Tel: 703-777-7319, Fax: 703-777-3656, email: subpoena@dgwlegal.com

October 27, 2010

Attn: United States District Court for the District of Columbia
Re: Opposition for Case 1:10-cv-00569-RJL

I received a letter stating that my name and address were being released by my Internet carrier due to sharing of videos. With great difficulty I have tried to understand the charge against me and I have spoke with an attorney. My husband did pay a membership fee and signed up to watch movies on his computer with Vuze PLATFORM but "WE NEVER" shared anything. We do have a wireless modem but we also have a password on it, so we do not know how our IP address is linked to such bad movies that were stated in the subpoena.

WE HAVE REMOVED THIS MEMBERSHIP FROM OUR COMPUTER AND ARE NO LONGER ASSOCIATED WITH VUZE.

Also, the attorney we have spoken with researched and found that these movies are not associated with our address and he told me to call my internet service and have them check their spreadsheet and see this mistake and remove me from the list.
I called them and they have been rude and short with me several times and refused to look up the info on the spreadsheet that was provided to them, so that I could clear this matter up for myself.
I AM DEFENSELESS WITHOUT UNDERSTANDING AND HELP FROM THOSE WHO HAVE ALL THE INFORMATION.

I DO CONTEST THAT I HAVE "NEVER" WILLINGLY SHARED ANY INFORMATION THAT DOES NOT BELONG TO ME. I HAVE ALSO HAD MY HUSBAND REMOVE ALL APPLICATIONS FROM THE VUZE COMPANY AND I HAVE TOLD OTHER WHO USE THIS COMPANY TO DO THE SAME.

I would appreciate it if you would remove me from this Civil Action.

Thank You,

Cindy Tate



Kelly Starkweather
Manager & Counsel, Privacy
Charter Communications, Inc.
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE:  PLEASE READ CAREFULLY

October 8, 2010

**VIA CERTIFIED MAIL**

CINDY TATE
23 MOUNTAIN GLENN DR
ASHEVILLE, NC 28804

RE:    *Maverick Entertainment Group, Inc. v. Does 1-4,350;* **CA No. 1:10-cv-00569-RJL.**
**Court Order Demanding Identifying Information Regarding Your Charter High-**
**Speed**[TM] **Account**

Dear **CINDY TATE**:

Charter Communications, Inc. ("Charter") has received a subpoena from attorneys for Maverick
Entertainment Group, Inc. ("Maverick") seeking certain identifying information about your
Charter High-Speed[TM] account ("Charter Internet Account"), including your name, address(es),
telephone number(s), e-mail address(es), and modem media access control (MAC) address.  The
United States District Court for the District of Columbia ("Court") has issued an Order
compelling Charter to disclose this information relating to your Charter Internet Account unless
you formally oppose disclosure in the Court by October 28, 2010.  Copies of the subpoena and
court order are attached.

Charter records indicate that an IP address listed on the subpoena was assigned to your Charter
Internet Account on the date and time stated in the subpoena.  Below is a copy of the log that
shows the IP address associated with your Charter Internet Account at the stated dates and times.
The log is in the following format:

IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time
68.187.204.11 00:26:f2:16:c6:c5 00:26:f2:16:c6:c6 2010-02-18 15:30:38 2010-08-27 06:56:23

Charter respects the privacy of its subscribers, and will disclose customer information only to the
extent required by law, as indicated in Charter's privacy policy, which can be found on
www.charter.com.  Because a court order authorizes Maverick to obtain the information sought,
Charter must disclose the requested records.

**Please note: Charter is not in a position to provide you legal representation or object to the
subpoena or court order on your behalf.  If you wish to take action regarding the attached,
you should immediately contact an attorney, who can advise you of your specific legal
rights.  The attached requires a response no later than OCTOBER 28, 2010.  If you intend
to oppose the Order, you should do so without delay.  Your information has not been
disclosed to Maverick or its attorneys, but it will be disclosed unless you challenge this**

subpoena in the Court by the given deadline.  The relevant court is identified in the subpoena and court order.

**If you file an opposition to the attached Order, your attorney should provide a copy of such to Charter (to the attention of Kelly Starkweather via facsimile at 314-909-0609) before 4:00pm CT on <u>OCTOBER 28, 2010</u> so that Charter may withhold disclosure of your information.** *Any challenges to the subpoena must be made directly to the Court with a copy to Charter; a challenge made solely to Charter is insufficient to withhold your information.*

Any questions regarding your legal rights should be directed to the attorney of your choice.  If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly.  If you have any questions regarding your account, Charter's policies or this correspondence, you may contact the Charter Security Team directly at 866-228-0195.

Sincerely,

Kelly Starkweather
Manager and Counsel, Privacy
Charter Communications, Inc.

Enclosures: Maverick Subpoena & Court Order

AO 88B (Rev 06/09) Subpoena to Produce Documents. Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Maverick Entertainment Group, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:10-cv-00569-RJL |
| Does 1-4,350 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Charter Communications, Inc., Attn: Kelly Starkweather
       12405 Powerscourt Drive, St. Louis, MO 63131, ███████████████ Fax: 314-909-0609

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects. and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet.

| Place: Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC<br>1200 G Street, NW Suite 800, Washington, DC 20005 | Date and Time:<br>11/01/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   08/27/2010

|                          CLERK OF COURT        | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   ____Plaintiff____
West Bay One, Inc. _____ , who issues or requests this subpoena, are:
Nicholas A. Kurtz, Dunlap, Grubb & Weaver, PLLC, 199 Liberty Street S.W., Leesburg, VA 20175,
Tel: 703-777-7319, Fax: 703-777-3656, email: subpoena@dgwlegal.com

To:
Kelly Starkweather
C/O Charter.
12405 Powerscourt Drive,
St. Louis, Mo 63131
Fax:314-909-0609

Clerk of court
united states district and bankruptcy courts for the district of columbia
333 constitution ave n.w.
Washingtion, D.C. 20001

To Whom it may concern.
Regarding civil action No. 1:10-cv-00569-RJL, Maverick
Entertainment Group,Inc v. Does 1-4,350 demanding identifying
information regarding Charter High speed[tm] accounts. I officially
challenge the subpoena, and I officially oppose the disclosure of
said Identifying information. I hereby demand that charter withhold
Disclosure.
Apparently, An ip adreess has been linked to my wireless internet
access according to Charter,
The ip adress 75.135.157 00:0e:9b:30:c3:46 00:1e:2a:5c:58:ad
logged 2009-12-30 At 19:58: through 2010-05-31 06:51:45 is in
question for downloading the plaintiffs "motion Pictures" as listed in
the subpeona. These files are not on my computer.
In speaking with Charter Security personnel, It comes to my attention
that my wireless connection is "unsecured" and it may be the case
that my signal was used by someone else to download the plaintiffs
"motion pictures." It certainly was not me. I am working to learn how
to "secure" my wireless signal, as others make it impossible to trust
anyone.
I pay my way. I don't steal others property. This is the basis of my·
objection to the Disclosure of "Identifying information", and challenge
to subpoena.

Sincerely,

Marty Ingebretsen

Honorable Judge Richard J Leon,

I understand that you will be presiding over the Maverick Entertainment lawsuit, case number CA.1:10-cv-00569-RJL  I have received a letter from my internet service stating that I have downloaded movies on my computer illegally and that my internet service provider has to turn over information about me, that I wish to remain private. I have never downloaded a movie before nor do I have any knowledge of this happening using my internet.

I have tried to contact countless attorneys on this matter. Many did not return calls, as I only had 5 business days to take care of this  Others just have a full schedule and cannot find the time to fit this in. Besides   that I do not have the means needed to retain an attorney for what they are asking. Not many attorneys have the slightest idea about copy right laws and some told me to ignore this, that it was a scam.  I have much respect for the law and those who oversee our rights and protect us  Therefore I am taking this subpoena very serious.

I am writing this today, in hopes of this subpoena to be quashed and I wish to remain anonymous, with my personal information to remain private.

Dear Sir, I really don't have a good understanding about this legal document I have been served with. I do know that I never downloaded movies illegally  Please take this into consideration while you review this matter

I am a 40 year old mother of 1, and grandmother of 1  I do not have the means to go to Washington DC to defend my innocence. I have always paid for my internet use and paid for movies to watch on television. I am not sure how any of this is happening but, in my humble opinion, a lot of innocent people are going to be hit with major law suits that could wreck their lives.

Your Honor,  I am asking you to keep my information private, and to quash this subpoena.

Thank You Your Honor,
Sincerely, ]

Honorable Judge Richard J Leon,

I understand that you will be presiding over the Maverick Entertainment lawsuit, case number CA:1:10-cv-00569-RJL. I have received a letter from my internet service stating that I have downloaded movies on my computer illegally and that my internet service provider has to turn over information about me, that I wish to remain private. I have never downloaded a movie before nor do I have any knowledge of this happening using my internet.

I have tried to contact countless attorneys on this matter  Many did not return calls, as I only had 5 business days to take care of this. Others just have a full schedule and cannot find the time to fit this in. Besides   that I do not have the means needed to retain an attorney for what they are asking. Not many attorneys have the slightest idea about copy right laws and some told me to ignore this, that it was a scam.  I have much respect for the law and those who oversee our rights and protect us. Therefore I am taking this subpoena very serious.

I am writing this today, in hopes of this subpoena to be quashed and I wish to remain anonymous, with my personal information to remain private.

Dear Sir, I really don't have a good understanding about this legal document I have been served with. I do know that I never downloaded movies illegally  Please take this into consideration while you review this matter

I am a 40 year old mother of 1, and grandmother of 1. I do not have the means to go to Washington DC to defend my innocence  I have always paid for my internet use and paid for movies to watch on television. I am not sure how any of this is happening but, in my humble opinion, a lot of innocent people are going to be hit with major law suits that could wreck their lives.

Your Honor,  I am asking you to keep my information private, and to quash this subpoena.

Thank You Your Honor,
Sincerely, !

IP Address
75.129.147.167

October 29, 2010

United States District Court for the District of Columbia
333 Constitution Ave NW Room 1225
Washington D.C. 20001

RE: John Doe with IP address 68.191.209.75, Civil Action No. 1:10-cv-00569-RJL,

To Whom It May Concern:

I am shocked to receive a letter from Charter regarding a subpoena for my identity. I **strongly oppose** any disclosure of my information in response to the subpoena.

Here are the reasons for my opposition:

> **1. The IP address mentioned in your letter does not belong to my laptop, which is the only computer I use with your subscription. My IP is 68.191.210.134, whereas the IP listed in your letter is 68.191.209.75.**
>
> 2. I have **never** downloaded any of the movies listed in the subpoena. As a matter of fact, I had never heard of them; they seem to be productions of a subaltern, radical or non-commercial genre.
>
> 3. I am member of SALT, an inter-varsity Christian organization. I lead small group Bible discussion on a regular basis. I have no interest in such content.

As a junior majoring in criminal justice, **my ambition is build a career in law enforcement.** I respect the law, and live a life of discipline, and would strongly object to any suggestions otherwise.

Please protect my information as per Charter's privacy policy.   Thank you in advance.