UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC.<br><br>*Plaintiff*,<br>v.<br><br>DOES 1 – 4,350<br><br>*Defendants.* | No. 1:10-cv-00569-RJL |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO QUASH PURSUANT TO THE COURT'S MAY 24, 2010 ORDER**

WHEREAS, Plaintiff Maverick Entertainment Group, Inc. ("Plaintiff") served SBC Internet Services, Inc. dba AT&T Internet Services ("AT&T") with a Rule 45 subpoena duces tecum ("Subpoena") on October 1, 2010 seeking identifying information of AT&T customers (who are a subset of the 4,350 Doe Defendants in this action) and who allegedly infringed Plaintiff's copyrights by downloading various movies; and

WHEREAS, the Court's May 24, 2010 Order granting Plaintiff leave to take discovery stated "that if the ISP and/or any Defendant wants to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 30 days from the date of service"; and

WHEREAS, the timeframe for AT&T to respond to the Subpoena, including the process for resolving which customers used the IP addresses listed in the subpoena on the specific date and time listed, the process for sending notice to the customers, and the process allowing such

customers sufficient time from such notice to have the opportunity to contest or otherwise challenge the disclosure of their identities, cannot be completed within thirty days; and

WHEREAS, as a result, Plaintiff and AT&T have agreed that the deadlines and limitations on AT&T that are part of the May 24, 2010 Order should be modified so as to allow for responses, notices, and challenges, and

THEREFORE, in light of the foregoing, the parties have stipulated to an extension and modification of the Court's May 24, 2010 Order and now respectfully request that the Court extend the filing deadline for any AT&T customer notified to file a motion to quash or other objection within thirty days of receiving notice from AT&T, but in no event later than March 21, 2011, and absent such a motion or challenge, such identity will be provided to Plaintiff no later than March 23, 2011.

| | |
|---|---|
| Dated: December 30, 2010 | Respectfully submitted, |
| DUNLAP, GRUBB & WEAVER PLLC | DICKSTEIN SHAPIRO LLP |
| By /s/ *Thomas M. Dunlap* | By /s/ *Howard N. Feldman* |
| Thomas M. Dunlap (D.C. Bar No. 471319) | Howard N. Feldman (D.C. Bar No. 383798) |
| Nicholas A. Kurtz (D.C. Bar No. 980091) | Christopher F. Branch |
| 1200 G Street, NW Suite 800 | Dickstein Shapiro LLP |
| Washington, DC 20005 | 1825 Eye Street NW |
| Telephone: 202.316.8558 | Washington, DC 20006 |
| Facsimile: 202.318.0242 | Telephone: 202.420.4795 |
| Email: tdunlap@dglegal.com | Fax: 202.379.9048 |
| nkurtz@dglegal.com | Email: branchc@dicksteinshapiro.com |
| *Attorneys for Plaintiff Maverick Entertainment Group, Inc.* | *Attorneys for Non-Party SBC Internet Services, Inc. dba AT&T Internet Services* |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC.<br><br>*Plaintiff*,<br>v.<br><br>DOES 1 – 4,350<br><br>*Defendants.* | No. 1:10-cv-00569-RJL |

**ORDER**

Before the Court is a Consent Motion between Non-Party SBC Internet Services, Inc. dba AT&T Internet Services ("AT&T") and Plaintiff requesting to modify the Court's May 24, 2010 Order and extend the deadline for responding to the Rule 45 Subpoena duces tecum served on AT&T and for any affected customer to appear and contest the disclosure of his or her identity to Plaintiff.  Upon review of the Consent Motion and the entire record it is ORDERED that the Consent Motion is GRANTED and the deadline for any affected customer to file a motion to quash the Rule 45 subpoena served on AT&T on October 1, 2010 is hereby extended to within thirty days of receiving notice from AT&T, but in no event later than March 21, 2011, and absent such a motion or challenge, such identity will be provided to Plaintiff no later than March 23, 2011.

Date:_____                    _____
                                              Hon. Richard J. Leon
                                              United States District Judge