AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-cv-00569-RJL |
| DOES 1 – 4,350 | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Xiangping Xu a.k.a Kevin Xu .

Date: 02/25/2011

*Attorney's signature*

Eric Menhart - 975896
*Printed name and bar number*

CyberLaw PC
1200 G St NW Suite 800
Washington, DC 20005

*Address*

eric.menhart@cyberlaw.pro
*E-mail address*

(202) 904-2818
*Telephone number*

(202) 403-3436
*FAX number*