Leave to file GRANTED

_Beryl A. Howell_ _4/7/2011_
Beryl A. Howell        Date
United States District Judge

*Motion Denied*
*As Mod't.*
*Beryl Howell*
*4/7/2011*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC. | |
| v. | 1:10-cv-00569-RJL |
| DOES 1 – 4,350 | |

**MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE
ALTERNATIVE, MOTION TO QUASH SUBPOENA
AND DISMISS OR SEVER FOR MISJOINDER**

JOHN DOE, a defendant in the above-entitled action, hereby moves for a one-day

extension of time to file under seal a MOTION TO DISMISS FOR LACK OF PERSONAL

JURISDICTION, OR, IN THE ALTERNATIVE, MOTION TO QUASH SUBPOENA

AND DISMISS OR SEVER FOR MISJOINDER. Comcast has been subpoenaed to disclose the

identity of the person allegedly using a computer assigned the Internet Protocol address

98.197.169.162 to upload and/or download a movie illegally on 4/10/2010 at 09:23:46 AM

GMT. This person is the John Doe referred to in this motion, whose identity will be disclosed in

said motion to be filed under seal tomorrow. Comcast will be informed by fax that this motion

for an extension of time has been filed, and the name and address of the person for whom it is

filed, and asked not to disclose his identity. This motion is necessary because defendant's

counsel was retained a short time ago, has had deadlines in other matters to meet, and motions

under seal are required by the local rules of this court to be filed on paper only at the courthouse

before 4:00 p.m. Defendant's counsel attempted to confer with Plaintiff's counsel by telephone

**RECEIVED**

MAR 3 1 2011

Clerk, U.S. District and
Bankruptcy Courts

regarding this motion, but his calls have not been returned.  According to a letter from Comcast

to defendant, a motion to quash or vacate the subpoena must be filed by March 31, 2011.

Defendant respectfully requests that this deadline be extended to April 1, 2011.

Respectfully submitted,


Stephen Christopher Swift (D.C. Bar No. 428459)
Swift Law Office
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC. | |
| v. | 1:10-cv-00569-RJL |
| DOES 1 – 4,350 | |

## ORDER

Good cause appearing therefore, Defendant John Doe's Motion for a One-day Extension of Time to File Motion to Dismiss for Lack of Personal Jurisdiction, Or, in the Alternative, Motion to Quash Subpoena And Dismiss or Sever for Misjoinder, said John Does being the person Comcast has been subpoenaed to disclose the identity of for allegedly using a computer assigned the Internet Protocol address 98.197.169.162 to upload and/or download a movie illegally on 4/10/2010 at 09:23:46 AM GMT, is granted.

_____
Judge of the District Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court via ECF, and thereby served on counsel for the other parties.


Stephen Christopher Swift