**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAVERICK ENTERTAINMENT** | ) | |
| **GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CA. 1:10-cv-00569-BAH** |
| | ) | |
| **DOES 1 – 4,350** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF FILING SECOND AMENDED COMPLAINT

Plaintiff submits this notice regarding the filing of its Second Amended Complaint pursuant to the Court's Order of April 4, 2011.  [Doc. No. 74]  Therein, the Court stated "that on or before April 15, 2011, the plaintiff is granted leave to file a Second Amended Complaint, to which it may add as putative defendants, if desired, those putative defendants listed in Exhibit 1 to plaintiff's Motion for Approval of Discovery, ECF No. 71."  [Doc. No. 74 at p. 5]

On April 15, 2011, Plaintiff's counsel emailed Plaintiff's Second Amended Complaint and corresponding Exhibit A to the Court's generic email address according to the Court's Electronic Case Filing System (ECF) practices.

Plaintiff's Second Amended Complaint has excised references to all Doe Defendants who have been listed in Plaintiff's Notice of Voluntary Dismissal filed concurrently herewith. Plaintiff's Second Amended Complaint does not add any named or putative defendant for whom an IP address was not listed in Exhibit A of Plaintiff's First Amended Complaint (Doc. No. 9) or in Exhibit 1 of Plaintiff's Motion for Approval of Discovery (Doc. No. 71).  A true and correct

copy of Plaintiff's Second Amended Complaint emailed to the Court's generic email address is

attached as Exhibit 1 hereto.[1]


Respectfully Submitted,

                                                      MAVERICK ENTERTAINMENT GROUP, INC.

DATED:  April 15, 2011

                                   By:    /s/ _____
                                          Thomas M. Dunlap (D.C. Bar # 471319)
                                          Nicholas A. Kurtz (D.C. Bar # 980091)
                                          DUNLAP, GRUBB & WEAVER, PLLC
                                          1200 G Street, NW Suite 800
                                          Washington, DC 20005
                                          Telephone: 202-316-8558
                                          Facsimile: 202-318-0242
                                          tdunlap@dglegal.com
                                          nkurtz@dglegal.com
                                          *Attorney for the Plaintiff*

---

[1] Because Plaintiff has not yet named or served a Defendant in this case, Plaintiff has not served
this notice on any Doe Defendant and, accordingly, does not attach a certificate of service.