UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAVERICK ENTERTAINMENT GROUP, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) CA. 1:10-cv-00569-BAH |
| **DOES 1 – 4,350** | ) ) ) |
| **Defendants.** | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS

## PURSUANT TO COURT'S ORDER [DOC. NO. 74]

Plaintiff files this notice in response to the Court's Order of April 4, 2011. [Doc. No. 74]

Pursuant to the Court's Order:

> on or before April 15, 2011, the plaintiff shall file a proposed order dismissing (1) each putative defendant listed in Exhibit A of its First Amended Complaint, ECF No. 9, whom plaintiff does not intend to sue for copyright infringement in this jurisdiction; and (2) the putative defendants listed in Exhibit 1 of Time Warner's Motion to Quash, ECF No. 18, for whom data is no longer available to provide identifying information, together with a statement whether any dismissed putative defendant has filed a motion or other document as an Interested Party in this action, with the associated ECF docket number that relates to such motion or other document….

[Doc. No. 74 at p. 5]

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the Doe Defendants listed in Exhibit 1 to the proposed order filed concurrently herewith pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]  No dismissed Doe Defendant has filed either an

---

[1] Because Plaintiff has not yet named or served a Defendant in this case, Plaintiff has not served this statement on any Doe Defendant and, accordingly, does not attach a certificate of service.

1

answer or a motion for summary judgment. To the best of Plaintiff's knowledge, no dismissed Doe Defendant has filed a motion or other document as an Interested Party in this case.

Respectfully Submitted,

DATED: April 15, 2011

          MAVERICK ENTERTAINMENT GROUP, INC.

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*