UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CA. 1:10-cv-00569-BAH ) |
| DOES 1 – 2,115 | ) ) |
| Defendants. | ) ) ) |

### STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER OF 04/15/11

Plaintiff files this report in response to the Court's Minute Order of April 15, 2011.

Pursuant to the Court's Minute Order, "Plaintiff is further ordered to submit a report, by April 20, 2011, that identifies for each pending motions in this matter, the number that corresponds to the interested party's IP address on the exhibit to either the re-filed Notice of Voluntary Dismissal or the re-filed Second Amended Complaint." Minute Order of 04/15/11.

According to Plaintiff's counsel's records, the following are all pending motions filed by "Interested Parties": 12, 14, 20 (multiple motions), 36-39, 50-56, 58, 60, 62-70, 76-85, 89-95. Plaintiff submits the following table with information for these motions:

| Doc. No. | IP Address | Doe Number | Notes/Additional Useful Information |
|---|---|---|---|
| 12 | Unknown | | Robert A. Foster – ISP Charter |
| 14 | 97.91.179.237 | 393 (revised Second Amended Complaint [SAC]) | |
| 20 (p. 1) | Unknown | | Gundie Logan – ISP Charter |
| 20 (p. 2) | Unknown | | Jose M. Barroso |
| 20 (pp. 3-10) | 68.187.204.11 | 382 (dismissed) | Cindy Tate – ISP Charter |
| 20 (p. 11) | 75.135.16.157 | 297 (SAC) | Marty Ingebretsen – ISP Charter |
| 20 (pp. 12-13) | 75.129.147.167 | 312 (SAC) | |
| 20 (p. 14) | 68.191.209.75 | 283 (SAC) | |

1

| 36 | Unknown | | Maria Guadalupe Reyes – ISP Qwest |
|---|---|---|---|
| 37 | Unknown | | Juanita Burger – ISP Comcast |
| 38 | Unknown | | Sealed |
| 39 | Unknown | | Sealed |
| 50 | Unknown | | Sealed |
| 51 | Unknown | | Sealed |
| 52 | Unknown | | Sealed |
| 53 | Unknown | | Sealed |
| 54 | Unknown | | Sealed |
| 55 | Unknown | | Sealed |
| 56 | 67.170.234.17 | 684 (SAC) | |
| 58 | 68.62.35.244 | 852 (SAC) | |
| 60 | 97.91.179.237 | 393 (SAC) | |
| 62 | Unknown | | Connie Atkinson – ISP Comcast |
| 63 | Unknown | | Jimmy Santana |
| 64 | 76.98.126.122 | 866 (SAC) | |
| 65 | Unkown | | Robert McGrath – ISP Comcast |
| 66 | 69.254.240.39 | 1095 (SAC) | |
| 67 | Unknown | | Sealed |
| 68 | Unknown | | Sealed |
| 69 | Unknown | | Sealed |
| 70 | 98.225.245.90 | 1072 (SAC) | |
| 76 | Unknown | | Lucyna Kwasniak |
| 77 | Unknown | | John Ferer – ISP Comcast |
| 78 | 69.249.32.138 | 1032 (SAC) | |
| 79 | Unknown | | Janice A. Harmis – ISP Comcast |
| 80 | Unknown | | Keith E. Nickoles – ISP Comcast |
| 81 | Unknown | | Raymond M. Duran – ISP Comcast |
| 82 | Unknown | | Marc Mordechai Mandel – ISP Comcast |
| 83 | Unknown | | Sheila A. Torrance – ISP Comcast |
| 84 | 98.225.245.90 | 1072 (SAC) | |
| 85 | 68.40.118.123 | 1496 (SAC) | |
| 89 | Unknown | | Phillip Bournes – ISP Comcast |
| 90 | 71.226.65.201 | 1281 (SAC) | |
| 91 | Unknown | | Mark Benavides – ISP Comcast |
| 92 | 98.197.169.162 | 1209 (SAC) | |
| 93 | Unknown | | Sealed |
| 94 | Unknown | | Sealed |
| 95 | Unknown | | Sealed |

Because many of the motions filed by Interested Parties do not identify an IP address, Plaintiff is unable to determine what motion corresponds to what IP address or what number on Plaintiff's Exhibit A to the revised Second Amended Complaint or revised Notice of Voluntary Dismissal for those motions. Plaintiff provides the following table detailing the IP addresses for which production has been withheld by the corresponding ISP and the corresponding number on Plaintiff's Exhibit A to the revised Second Amended Complaint:

| ISP | IP Address | Doe Number | Doc. No. (if Interested Party) |
|---|---|---|---|
| Charter | 24.178.236.133 | 262 | |
| Charter | 68.191.209.75 | 283 | 20 (p. 14) |
| Charter | 75.135.16.157 | 297 | 20 (p. 11) |
| Charter | 68.113.197.220 | 300 | |
| Charter | 97.88.177.121 | 308 | |
| Charter | 75.129.147.167 | 312 | 20 (pp. 12-13) |
| Charter | 97.80.105.146 | 383 | |
| Charter | 97.91.179.237 | 393 | 12, 60 |
| | | | |
| Comcast | 67.174.136.226 | 633 | |
| Comcast | 76.29.125.250 | 649 | |
| Comcast | 68.47.130.104 | 654 | |
| Comcast | 69.180.199.128 | 668 | |
| Comcast | 76.23.118.161 | 680 | |
| Comcast | 67.170.234.17 | 684 | 56 |
| | | | |
| Cox | 70.190.173.14 | 2457 | |
| Cox | 68.231.203.90 | 2483 | |
| Cox | 68.108.213.152 | 2592 | |
| | | | |
| Optimum/Cablevision | 69.114.131.208 | 2715 | |
| | | | |
| Qwest | 97.115.137.209 | 2785 | |
| | | | |
| Verizon | 173.57.119.13 | 4406 | |
| Verizon | 96.254.218.168 | 4409 | |
| Verizon | 96.255.153.44 | 4478 | |

3

Plaintiff respectfully requests that the Court not dismiss any putative defendant in the re-filed Second Amended Complaint for whom Plaintiff cannot identify a corresponding motion because of that Doe Defendant's failure to provide an IP address in the motion.

Respectfully Submitted,

DATED:  April 20, 2011

    MAVERICK ENTERTAINMENT GROUP, INC.

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*