## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CA. 1:10-cv-00569-BAH |
| DOES 1 – 2,115 | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**_REVISED_ NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS**

**PURSUANT TO COURT'S ORDER [DOC. NO. 74]**

Plaintiff files this revised notice in response to the Court's Order of April 4, 2011 (Doc.

No. 74) and the Court's Minute Order of April 15, 2011.  Pursuant to the Court's Order:

> on or before April 15, 2011, the plaintiff shall file a proposed order dismissing (1) each putative defendant listed in Exhibit A of its First Amended Complaint, ECF No. 9, whom plaintiff does not intend to sue for copyright infringement in this jurisdiction; and (2) the putative defendants listed in Exhibit 1 of Time Warner's Motion to Quash, ECF No. 18, for whom data is no longer available to provide identifying information, together with a statement whether any dismissed putative defendant has filed a motion or other document as an Interested Party in this action, with the associated ECF docket number that relates to such motion or other document….

[Doc. No. 74 at p. 5]

Further, pursuant to the Court's Minute Order, "[t]he plaintiff is ordered to re-file, by

April 20, 2011, plaintiff's Notice of Filing Second Amended Complaint, ECF No. 96, and

plaintiff's Notice of Voluntary Dismissal, ECF No. 97, with the following modification: In the

re-filed notices, the plaintiff shall number each IP address listed in the attached exhibits."

Minute Order of 04/15/11.

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the Doe Defendants listed in Exhibit 1 to the proposed order filed concurrently herewith pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]  No dismissed Doe Defendant has filed either an answer or a motion for summary judgment.

To the best of Plaintiff's knowledge, the only dismissed Doe Defendant who has filed a motion or other document as an Interested Party in this case is – IP address 68.187.204.11, Doc. No. 20 (pp. 3-10), Doe Number 382.  According to the status report filed concurrently herewith, Plaintiff has identified the number that corresponds to the Interested Party's IP address on the exhibit to either this revised Notice of Voluntary Dismissal or the re-filed Second Amended Complaint.[2]

Respectfully Submitted,

MAVERICK ENTERTAINMENT GROUP, INC.

DATED:  April 20, 2011

By:    /s/                                                        
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*

---

[1] Because Plaintiff has not yet named or served a Defendant in this case, Plaintiff has not served this statement on any Doe Defendant and, accordingly, does not attach a certificate of service.

[2] The total number of Doe Defendants at issue is 4,694, which is the combination of the 4,350 Doe Defendants listed in Exhibit A of Plaintiff's First Amended Complaint (Doc. No. 9) and 344 Doe Defendants in Exhibit 1 of Plaintiff's Motion for Approval of Discovery (Doc. No. 71), i.e. additional IP addresses listed in the new subpoena to Time Warner Cable.  Updated information and correction of clerical errors accounts for the different number of dismissed and retained Doe Defendants in the revised notices, compared to the notices filed on April 15, 2011.