UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAVERICK ENTERTAINMENT GROUP, INC.,** | ) )  ) |
| Plaintiff, | ) ) |
| v. | )   CA. 1:10-cv-00569-BAH ) |
| **DOES 1 – 2,115** | ) ) |
| Defendants. | ) ) |

## STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER OF 02/23/11

Plaintiff files this report in response to the Court's Minute Order of February 23, 2011.

Pursuant to the Court's Minute Order, the Court granted Plaintiff's motion for an extension of time to name and serve the Defendants, and "Plaintiff shall file a status report with the Court on April 29, 2011 regarding its identification and service of the Doe defendants in this case." Minute Order of 02/23/11. While the Court has issued subsequent orders, and Plaintiff has filed subsequent documents regarding its identification and service of the Doe Defendants, Plaintiff files this report in an abundance of caution to comply with the February 23, 2011 Minute Order.

On April 20, 2011, Plaintiff's revised Second Amended Complaint was filed naming Does 1-2,115 as Defendants. [Doc. No. 111] Plaintiff's Second Amended Complaint does not include any named Defendants and only includes Doe Defendants for which Plaintiff has not received identifying information from the Internet Service Providers (ISPs). [See Doc. Nos. 100 (Plaintiff's revised notice of filing Second Amended Complaint) and 101 (Plaintiff's revised notice of voluntary dismissal)]

More specifically, Plaintiff has not received information for certain IP addresses because of pending motions for the ISPs Charter, Comcast, Cox, Optimum/Cablevision, Qwest, and Verizon. Plaintiff's status report filed April 20, 2011 listed all pending motions filed by "Interested Parties" and provided a table detailing the IP addresses for which production has been withheld by the corresponding ISPs. [Doc. No. 99]

Additionally, Plaintiff has not received information for the remaining IP addresses because of the capabilities of the ISPs. Plaintiff has been receiving partial, rolling productions from the ISPs Comcast and Verizon, and Plaintiff anticipates continued productions from these ISPs. Plaintiff's counsel agreed with these ISPs to receive the partial, rolling productions in an effort to reduce the burdens on the ISPs and to avoid motions practice. Further, on April 25, 2011, Plaintiff served ISP Time Warner with a new subpoena pursuant to, *inter alia*, the Court's Order of April 4, 2011. [Doc. No. 74]

Lastly, Plaintiff notes that pursuant to the Court's Minute Order of March 1, 2011, "Plaintiff has until 6/13/2011 to effectuate service upon parties." Minute Order of 03/01/11.

Respectfully Submitted,

MAVERICK ENTERTAINMENT GROUP, INC.

DATED:  April 29, 2011

By:   /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*