IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK ENTERTAINMENT GROUP, INC.<br><br>v.<br><br>DOES | 1:10-cv-00569-BAH |

## NOTICE RE COPYING OF BRIEF

Recognizing the irony of such a notice in an action claiming copyright infringement, undersigned counsel feels obligated to notify the court, as well as future counsel and *pro se* filers, that undersigned's brief, originally filed October 27, 2010 (Docket #14) in this matter have now been substantially copied and filed in this same matter by at least two different "interested parties" that did not retain undersigned to represent them in this matter.

While appreciating that "imitation is the greatest form of flattery," undersigned wants to make it perfectly clear to the court that these instances were not prepared or sponsored by undersigned, but substantially copied and filed without authorization. Undersigned counsel does not provide "ghostwriting" services to *pro se* interested parties or other attorneys.

Undersigned encourages future filers in this matter to review the article "Ghostwriting and Plagiarism by Attorneys and Judges in the USA," by Ronald B. Standler, available at http://www.rbs2.com/ghost.pdf (last accessed May 3, 2011), that will likely bring further light to concerns about the unauthorized copying and filing of undersigned's work-product.

Respectfully submitted,

_____
Eric J. Menhart (D.C. Bar No. 975896)
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005
Phone: 202-904-2818
Fax: 202-403-3436
http://www.cyberlaw.pro

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically served via ECF.

_____
Eric J. Menhart