# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAVERICK ENTERTAINMENT GROUP, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DOES 1 – 2,115** )<br>)<br>Defendants. )<br>_____) | CA. 1:10-cv-00569-BAH |

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS

The Court having considered Plaintiff's notice of voluntary dismissal, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

ORDERED, each Defendant listed in Exhibit 1 hereto shall be dismissed, without prejudice.

Dated: _____

_____
Hon. Beryl A. Howell
United States District Judge