| N | Host IP address | Date Time (UTC) | Related Title | ISP |
|---|---|---|---|---|
| 4481 | 71.103.169.240 | 4/7/10 07:09:56 AM | Border Town | Verizon Internet Services Inc. |
| 4482 | 70.106.193.155 | 4/7/10 12:40:36 PM | Stripper Academy | Verizon Internet Services Inc. |
| 4483 | 74.99.188.12 | 4/7/10 01:31:54 PM | Stripper Academy | Verizon Internet Services Inc. |
| 4484 | 173.69.66.250 | 4/9/10 12:42:56 PM | Fast Track No Limits | Verizon Internet Services Inc. |
| 4485 | 71.251.112.129 | 4/9/10 02:39:29 PM | Numbers Game | Verizon Internet Services Inc. |
| 4486 | 72.67.104.107 | 4/9/10 03:07:35 PM | Numbers Game | Verizon Internet Services Inc. |
| 4487 | 74.103.139.160 | 4/9/10 03:21:38 PM | Trunk | Verizon Internet Services Inc. |
| 4488 | 72.70.24.238 | 4/9/10 03:37:48 PM | Numbers Game | Verizon Internet Services Inc. |
| 4489 | 72.94.58.108 | 4/9/10 03:43:15 PM | Numbers Game | Verizon Internet Services Inc. |
| 4490 | 71.112.61.71 | 4/9/10 04:30:43 PM | Numbers Game | Verizon Internet Services Inc. |
| 4491 | 71.172.77.245 | 4/9/10 05:08:42 PM | Numbers Game | Verizon Internet Services Inc. |
| 4492 | 70.110.79.214 | 4/9/10 06:03:27 PM | Numbers Game | Verizon Internet Services Inc. |
| 4493 | 71.164.106.73 | 4/9/10 08:04:01 PM | Numbers Game | Verizon Internet Services Inc. |
| 4494 | 71.188.68.143 | 4/9/10 08:33:28 PM | Numbers Game | Verizon Internet Services Inc. |
| 4495 | 71.162.81.98 | 4/10/10 12:11:43 AM | Numbers Game | Verizon Internet Services Inc. |
| 4496 | 96.254.77.201 | 4/10/10 01:26:54 AM | Numbers Game | Verizon Internet Services Inc. |
| 4497 | 173.49.27.54 | 4/10/10 02:53:43 AM | Numbers Game | Verizon Internet Services Inc. |
| 4498 | 96.246.247.15 | 4/10/10 03:21:06 AM | Numbers Game | Verizon Internet Services Inc. |
| 4499 | 96.251.34.165 | 4/10/10 03:23:07 AM | Numbers Game | Verizon Internet Services Inc. |
| 4500 | 72.79.89.131 | 4/10/10 03:24:57 AM | Numbers Game | Verizon Internet Services Inc. |
| 4501 | 70.104.136.113 | 4/10/10 06:03:44 AM | Numbers Game | Verizon Internet Services Inc. |
| 4502 | 71.105.172.155 | 4/10/10 06:29:53 AM | Numbers Game | Verizon Internet Services Inc. |
| 4503 | 72.74.104.126 | 4/10/10 07:17:34 AM | Numbers Game | Verizon Internet Services Inc. |
| 4505 | 173.65.136.67 | 4/10/10 10:15:44 PM | Border Town | Verizon Internet Services Inc. |
| 4506 | 96.228.88.39 | 4/11/10 12:15:11 AM | Numbers Game | Verizon Internet Services Inc. |
| 4507 | 98.110.63.187 | 4/11/10 12:42:33 AM | Numbers Game | Verizon Internet Services Inc. |
| 4508 | 71.166.6.253 | 4/11/10 01:29:28 AM | Numbers Game | Verizon Internet Services Inc. |
| 4510 | 173.78.27.252 | 4/11/10 02:08:28 AM | Numbers Game | Verizon Internet Services Inc. |
| 4512 | 96.225.238.216 | 4/11/10 02:48:29 AM | Numbers Game | Verizon Internet Services Inc. |
| 4513 | 72.79.220.182 | 4/11/10 04:15:27 AM | Trunk | Verizon Internet Services Inc. |
| 4514 | 72.95.6.41 | 4/11/10 04:48:15 AM | Numbers Game | Verizon Internet Services Inc. |
| 4515 | 96.232.2.192 | 4/11/10 05:03:49 AM | Numbers Game | Verizon Internet Services Inc. |
| 4516 | 173.65.120.96 | 4/11/10 05:04:20 AM | Numbers Game | Verizon Internet Services Inc. |
| 4517 | 71.124.137.188 | 4/11/10 06:40:54 PM | Stripper Academy | Verizon Internet Services Inc. |
| 4518 | 173.73.8.114 | 4/12/10 05:27:51 AM | The Clique | Verizon Internet Services Inc. |
| 4519 | 71.112.227.58 | 4/12/10 06:13:55 AM | Fast Track No Limits | Verizon Internet Services Inc. |
| 4520 | 173.65.85.151 | 4/12/10 06:20:23 AM | Numbers Game | Verizon Internet Services Inc. |
| 4521 | 71.102.1.67 | 4/12/10 07:06:56 AM | The Clique | Verizon Internet Services Inc. |
| 4522 | 96.226.230.245 | 4/12/10 10:12:59 AM | Numbers Game | Verizon Internet Services Inc. |
| 4523 | 71.126.225.39 | 4/12/10 06:29:14 PM | Numbers Game | Verizon Internet Services Inc. |
| 4524 | 71.126.233.138 | 4/13/10 08:21:58 AM | Trunk | Verizon Internet Services Inc. |
| 4525 | 68.160.0.169 | 4/13/10 09:17:15 AM | Numbers Game | Verizon Internet Services Inc. |