UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAVERICK ENTERTAINMENT GROUP, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **DOES 1 – 2,115** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br> CA. 1:10-cv-00569-BAH |

### PLAINTIFF'S REPORT IN RESPONSE TO COURT'S MINUTE ORDER OF 6/13/11

I. INTRODUCTION

Plaintiff files this report in response to the Court's Order of June 13, 2011. Pursuant to the Court's Order:

> In connection with the Court's consideration of plaintiff's [141] Motion for Additional Extension of Time to Name and Serve Defendants, the plaintiff shall submit to the Court, by June 20, 2011, a list of the Internet Service Providers (hereinafter ISPs) from which identifying information is required, and for each such ISP: (1) the date on which a subpoena was issued; (2) the number of days between the April 19, 2010 Minute Order authorizing discovery and the date on which the plaintiff issued the subpoena for identifying information; (3) the agreement, if any, that plaintiff's counsel has in place regarding the timetable for production of identifying information; (4) the number of IP addresses for which identifying information has been requested and produced; and (5) the specific date the plaintiff expects to complete receipt of the identifying information from each ISP.

[Minute Order of 6/13/11]

Plaintiff provides the following table as it relates to the IP addresses identified in Exhibit A to its proposed Second Amended Complaint:

1

| ISP | Date Subpoena Issued | No. of Days - 4/19/10 to Subpoena | Agreement regarding the timetable for production | IPs Listed; Produced | Expected Date of Final Production |
|---|---|---|---|---|---|
| Charter | 8/30/2010 | 133 | No agreement | 261; 253 | Within 30 days; Remaining IPs were withheld because of motions |
| Comcast | 9/23/2010 | 157 | Confidential agreement | 1,646; 1,589 | Within 30 days; Remaining IPs were withheld because of motions or more time needed by ISP |
| Cox | 8/23/2010 | 126 | No agreement | 359; 356 | Within 30 days; Remaining IPs were withheld because of motions |
| Qwest | 1/18/2011 | 274 | No agreement | 63; 62 | Within 30 days; Remaining IPs were withheld because of motions |
| Time Warner/ Road Runner | 4/25/2011 | 371 | No agreement | 344; 0 | August 1, 2011 |
| Verizon | 9/17/2010 | 151 | 100 IPs per month minimum for this and similar cases from Plaintiff's counsel combined | 345; 170 | August 1, 2011; Six IPs have been withheld because of motions |

As noted above, Plaintiff is only waiting on productions from two ISPs and anticipates those productions by August 1, 2011. The remaining outstanding IP addresses have been withheld by the ISPs mostly on the account of motions being filed by the Doe Defendants. Plaintiff anticipates receiving that information within 30 days, after the ISPs have had time to review the Court's docket and orders denying the Doe Defendants' motions. Plaintiff notes that the delay in serving subpoenas was because of the motions filed Time Warner Cable, the American Civil Liberties Union, Public Citizen, and the Electronic Frontier Foundation in

similar cases that were eventually resolved by order dated July 22, 2010 wherein Plaintiff's counsel agreed with the ISPs to withhold serving subpoenas in this case until resolution of those issues.

Respectfully Submitted,

DATED:  June 20, 2011

MAVERICK ENTERTAINMENT GROUP, INC.

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*