**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAVERICK ENTERTAINMENT GROUP, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 2,115 )<br>)<br>Defendants. )<br>_____) | CA. 1:10-cv-00569-BAH |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the Doe Defendants listed in Exhibit 1 to the proposed order filed concurrently herewith pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No dismissed Doe Defendant has filed either an answer or a motion for summary judgment. To the best of Plaintiff's knowledge, no dismissed Doe Defendant has a motion pending.

Respectfully Submitted,

DATED: August 15, 2011

MAVERICK ENTERTAINMENT GROUP, INC.

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*