UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAVERICK ENTERTAINMENT GROUP, INC.,

          Plaintiff,

          v.

ANTONIO SNOW and DOES 1 – 6

          Defendants.

Civil Action No. 10-569 (BAH)
Judge Beryl A. Howell

## ORDER

On October 14, 2011, the plaintiff filed a Motion for an Additional Extension of Time to Name and Serve Certain of the Doe Defendants, or In The Alternative For An Order Directing ISP to Produce, ECF No. 166, in which it states that it has not received from Comcast identifying information associated with six Internet Protocol ("IP") addresses listed in its Third Amended Complaint. According to the plaintiff, Comcast has communicated with the subscribers for the six IP addresses and "determined that each of them have [sic] submitted motions to the Court." *Id.* at 2. There are, however, no pending motions in this case filed by subscribers of any Internet Service Provider. The Court therefore grants the plaintiff's motion directing Comcast to produce identifying information for the following:

| N | Host IP Address | Date Time (UTC) | Related Title | ISP |
|---|---|---|---|---|
| 1050 | 68.45.51.186 | 4/5/10   09:53:38 PM | Stripper Academy | Comcast |
| 1530 | 65.96.173.62 | 4/28/10 02:17:30 AM | Numbers Game | Comcast |
| 1839 | 76.30.29.70 | 5/10/10 12:04:15 AM | Trunk | Comcast |
| 1904 | 71.233.3.232 | 5/13/10 04:01:11 AM | Hellbinders | Comcast |
| 2220 | 98.217.10.245 | 6/4/10   09:46:55 AM | Numbers Game | Comcast |
| 2235 | 24.128.252.215 | 6/5/10   09:31:12 PM | Stripper Academy | Comcast |

    Accordingly, it is hereby

**ORDERED** that plaintiff's motion for an order directing Comcast to produce identifying information associated with the six remaining IP addresses listed in the plaintiff's Third Amended Complaint is GRANTED.  Comcast shall produce identifying information associated with the remaining six IP addresses by October 31, 2011; and it is further

**ORDERED** that, for good cause shown, the plaintiff's time to name and serve defendants, pursuant to FED. R. CIV. P. 4(m), is extended until November 10, 2011.

**SO ORDERED**.

**DATED: OCTOBER 21, 2011**

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge