CO-1509 Rev. 04/10

# ATTORNEY ADDRESS and/or NAME CHANGE REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system
**SYSTEMS OFFICE:**
☑ Firm moved to new address   ☑ Verified
☐ Address correction/modification
☐ Person Name change/correction   ☐ Verified
☐ Firm Name change/correction
☐ Create Flag:   ☐ Pro Bono   ☐ Pro Hac Vice
☐ Other: _____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☐ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses
**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government  ☐ Gvt Not Certified  ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

Case No.: **1:10-cv-569-BAH**

☑ Attorney   ☐ Pro Se

Bar ID No.: **980091**   Prisoner ID No.: _____

NAME: **Nicholas A. Kurtz**

New Name (Include copy of marriage certificate, if applicable): _____

**OLD ADDRESS:**
Office: **Dunlap, Grubb, and Weaver**
Unit: **Suite 800**
Address: **1200 G Street, NW. ,**

City: **Washington DC.**   State: ____   Zip: **20005**
Telephone: **202-316-8558**   Fax: **202-318-0242**

**NEW ADDRESS:**
Office: **Dunlap, Grubb and Weaver**
Unit: **Suite 440**
Address: **5335 Wisconsin Ave. NW**

City: **Washington, DC**   State: ____   Zip: **20015-2052**
Telephone: **202-316-8558**   Fax **202-318-0242**

COMMENTS: _____

Return to:   Clerk's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

Or fax to:   (202) 354-3524

DATE: **10/27/2011**   Deputy Clerk: _____