**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAVERICK ENTERTAINMENT** **GROUP, INC.** )  )  ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CA. 1:10-cv-00569-BAH** |
| **ANTONIO SNOW and DOES 1 – 29** ) ) | |
| **Defendants.** )  _____) | |

**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice,

against the remaining Doe Defendants as listed herein pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

| N | Host IP address | Date Time (UTC) | Related Title | ISP |
|---|---|---|---|---|
| 1050 | 68.45.51.186 | 4/5/10 09:53:38 PM | Stripper Academy | Comcast |
| 1530 | 65.96.173.62 | 4/28/10 02:17:30 AM | Numbers Game | Comcast |
| 1839 | 76.30.29.70 | 5/10/10 12:04:15 AM | Trunk | Comcast |
| 1904 | 71.233.3.232 | 5/13/10 04:01:11 AM | Hellbinders | Comcast |
| 2220 | 98.217.10.245 | 6/4/10 09:46:55 AM | Numbers Game | Comcast |
| 2235 | 24.128.252.215 | 6/5/10 09:31:12 PM | Stripper Academy | Comcast |

No dismissed Doe Defendant has filed either an answer or a motion for summary

judgment.  To the best of Plaintiff's knowledge, no dismissed Doe Defendant has a motion

pending.  This dismissal shall have no affect on Defendant Snow.  Accordingly, Plaintiff is able

to voluntarily dismiss the remaining Doe Defendants notwithstanding Defendant Snow has filed

a purported answer (Doc. No. 168). See Fed. R. Civ. P. 41(a)(1)(A)(i) (stating that the plaintiff

may dismiss an action without a court order by filing a notice of dismissal before "the opposing

party" serves either an answer or a motion for summary judgment); Miniter v. Sun Myung

Moon, 736 F.Supp.2d 41, 44-45 n. 7 (D.D.C. 2010).

1

Respectfully Submitted,

MAVERICK ENTERTAINMENT GROUP, INC.

DATED:  November 10, 2011

By:    /s/
        Thomas M. Dunlap (D.C. Bar # 471319)
        Nicholas A. Kurtz (D.C. Bar # 980091)
        DUNLAP, GRUBB & WEAVER, PLLC
        5335 Wisconsin Avenue NW, Suite 440
        Washington, D.C. 20015-2052
        Telephone: 202-316-8558
        Facsimile: 202-318-0242
        tdunlap@dglegal.com
        nkurtz@dglegal.com
        *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DOE DEFENDANTS was sent via first-class mail to the following:


Antonio Snow
1101 19th Street, NE, #1
Washington, DC 20002


/s/ Nick Kurtz
Nicholas A. Kurtz