UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAVERICK ENTERTAINMENT GROUP, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | CA. 1:10-cv-00569-BAH |
| | ) | |
| **ANTONIO SNOW** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff hereby gives notice that Plaintiff and Defendant Antonio Snow hereby stipulate

to dismissal of the case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully Submitted,

DATED:  December 12, 2011

MAVERICK ENTERTAINMENT GROUP, INC.

By:     /s/

Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorney for the Plaintiff*

Antonio Snow
1101 19th Street, NE, #1
Washington, DC 20002
*Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2012, a true and correct copy of the foregoing STIPULATION OF DISMISSAL was sent via first-class mail to the following:


Antonio Snow
1101 19th Street, NE, #1
Washington, DC 20002


<u>/s/ Nick Kurtz</u>
Nicholas A. Kurtz